1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6
   Attorney for Defendant
7  ANTHONY SANDOVAL

8

9
                    IN THE UNITED STATES DISTRICT COURT
10
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13 UNITED STATES OF AMERICA,        )  No. 2:01-CR-0324 JAM
                                    )
14              Plaintiff,          )
                                    )  **ORDER FOR RELEASE OF PERSON IN**
15     v.                           )  **CUSTODY**
                                    )
16 ANTHONY SANDOVAL,                )  Date:  June 14, 2011
                                    )  Time:  9:30 a.m.
17              Defendant.          )  Judge: Hon. John A. Mendez
                                    )
18 _____  )

19     ANTHONY SANDOVAL is to be released on the existing terms of

20 supervised release.  He shall have no contact with the alleged victim

21 whose name is Paolo Asuncion.

22 **IT IS SO ORDERED.**

23 Dated: June 14, 2011

24

25

26                              By __/s/ John A. Mendez_____
   _____
27                                 HON. JOHN A. MENDEZ
                                   United States District Court Judge
28