# United States District Court

## Eastern District of California

UNITED STATES OF AMERICA

v.

**ANTHONY SANDOVAL**

(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**

(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)

Criminal Number: **2:01CR324 -02**

TIM ZINDEL, AFD
Defendant's Attorney

## THE DEFENDANT:

[✔]      admitted guilt to violation of charge _1_ as alleged in the violation petition filed on _8/8/2011_ .

**ACCORDINGLY**, the court has adjudicated that the defendant is guilty of the following violation:

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | FAILURE TO REPORT AN ARREST OR CONTACT WITH LAW ENFORCEMENT WITHIN 72 HOURS | 5/1/2011 |

The court [✔] modifies to add special condition #8 - **"As directed by the probation officer, the defendant shall participate in anger management counseling"** and  [✔] continues under same conditions of supervision heretofore ordered on  _10/30/2003_ .

      The defendant is sentenced as provided in pages 1 through _1_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

      **Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

      IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

8/9/2011
Date of Imposition of Sentence

/s/ John A. Mendez
Signature of Judicial Officer

**JOHN A. MENDEZ**, United States District Judge
Name & Title of Judicial Officer

8/10/2011
Date